# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# SOUTHERN DIVISION

| | |
|---|---|
| GENUS LIFESCIENCES, INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> U.S. FOOD AND DRUG ) <br> ADMINISTRATION, *et al.*, ) <br> ) <br> Defendants, ) <br> ) <br> LANNETT CO., INC., ) <br> ) <br> Intervenor-Defendant. ) <br> ) | Civil Action No. <br> 8:20-cv-03282-PX |

## GENUS LIFESCIENCES, INC.'S UNOPPOSED MOTION
## FOR LEAVE TO FILE CONSOLIDATED OPPOSITION

Genus Lifesciences, Inc., respectfully moves the Court for leave to file a consolidated memorandum of law of no more than 50 pages in opposition to the motions to dismiss filed by the Federal Defendants (U.S. Food and Drug Administration, et al.) and Lannett Co., Inc. The Federal Defendants' motion is 32 pages and Lannett's is 34 pages. Under Local Rule 105.3, Genus is entitled to file an opposition to each motion not exceeding 35 pages in length. Filing a single, consolidated opposition of not more than 50 pages will be more efficient for both the parties and the Court. Genus consulted with counsel for the Federal Defendants, who stated that the Federal Defendants take no position on the motion, and with counsel for Lannett, who stated that Lannett does not oppose the motion.

Respectfully submitted,

Dated: January 29, 2021						/s/ *Jeffrey S. Bucholtz*
Daniel C. Sale (Bar No. 29559)
Jeffrey S. Bucholtz (Pro Hac Vice)
Sheldon Bradshaw (Pro Hac Vice)
Paul Alessio Mezzina
  (Pro Hac Vice)
KING & SPALDING LLP
1700 Pennsylvania Avenue NW
Washington, D.C.  20006
Telephone: (202) 737-0500
Facsimile: (202) 626-3737
dsale@kslaw.com
jbucholtz@kslaw.com
sbradshaw@kslaw.com
pmezzina@kslaw.com

*Counsel for Plaintiff*
*Genus Lifesciences, Inc.*